UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-94 RSM |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW |
| v. | |
| GUSTAVO SANDOVAL-AGURCIA, | |
| Defendant. | |

Attorney David Hammerstad's Motion to Withdraw as counsel of record for defendant Gustavo-Sandoval-Agurcia (Dkt #97) is GRANTED.

Dated this 18th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1