The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-094 RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| (1) GUSTAVO SANDOVAL-AGURCIA, <br> (2) ELIAS NEFTALI MONTES-SEVILLA, <br> (3) JORGE URIEL ESQUIVEL-MENA, <br> (4) FRANCISCO JAVIER ESQUIVEL-MENA, <br> (5) BALDEMAR MARTINEZ-RICO, and <br> (6) WILMER GALINDO-MARADIAGA, | |
| Defendants. | |

The Court issues this Order after the government's motion regarding a proposed pre-trial scheduling order, any and the response by the defendants to this motion. Trial in this matter is currently scheduled for May 17, 2021.

NOW, THEREFORE, IT IS HEREBY ORDERED that the following scheduling deadlines be applied to this case:

**Pre-trial Motions and Preliminary Motions in Limine:** The pre-trial motions and preliminary motions in limine deadline is April 5, 2021 (six weeks before trial). All motions in limine relating to previously produced discovery should be filed by this date.

Order - 1
*U.S. v. Sandoval-Agurcia et al.*, CR20-094 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   **Designation of Calls for Trial.** The government shall identify intercepted calls and
2   other communications it plans to use at trial, and provide at least rough transcripts of these
3   calls, by April 5, 2021 (six weeks before trial).

4   **Federal Rule of Evidence 404(b):** The deadline for designation of Rule 404(b)
5   evidence is April 5, 2021 (six weeks before trial).

6   **Expert Opinions:** The deadline for providing notice of any experts is April 19, 2021
7   (four weeks before trial). However, the Court recognize the DEA laboratory has a
8   significant backlog in both analyzing drug evidence and fingerprint evidence. If these reports
9   have not yet been generated, the government shall so indicate to the Court and defense by
10  April 19, 2021 (four weeks before trial) and provide information as to when such reports will
11  reasonably be available.

12  **Jenks Act.** The deadline for the government to provide Jenks Act discovery is April
13  19, 2021 (four weeks before trial).

14  **Henthorn Information:** The deadline for the government to provide impeachment
15  information contained in law enforcement personnel files is May 3, 2021 (two weeks before
16  trial).

17  **Confidential Informants:** If the government decides it will call confidential
18  informants to testify at trial, the government shall provide impeachment information as to
19  any such informant by April 19, 2021 (four weeks before trial).

20  **Proposed Jury Instructions, Proposed Voir Dire, Trial Memoranda, Witness**
21  **Lists, Evidence Lists, and Secondary Motions in Limine:** The deadline for the parties to
22  file Proposed Jury Instructions, Proposed Voir Dire, Trial Memoranda, Witness Lists, and
23  Evidence Lists is May 10, 2021 (one week before trial). In addition, the parties may file
24  motions in limine relating to any discovery produced after the preliminary motions in limine
25  deadline (April 5, 2021).

26  IT IS FURTHER ORDERED that if the Court is ordered closed for the month of May
27  2021 due to the COVID-19 pandemic, the above deadlines are stricken and the parties are
28  directed to submit a new scheduling order to the Court.

Order - 2
*U.S. v. Sandoval-Agurcia et al.*, CR20-094 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS FURTHER ORDERED that if it appears likely the Court will be closed in the month of May 2021 due to the COVID-19 pandemic, the parties may jointly or separately move the Court to amend any or all of the above deadlines.

DATED this 30th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
BRIAN T. MORAN
United States Attorney

*/s/ Stephen Hobbs*
STEPHEN HOBBS
BENJAMIN DIGGS
Assistant United States Attorneys

Order - 3
*U.S. v. Sandoval-Agurcia et al.*, CR20-094 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970