UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUSTAVO SANDOVAL-AGURCIA, <br><br> Defendant. | Case No. CR20-94RSM <br><br> ORDER CONTINUING TRIAL DATE |

THE COURT has considered defendant's unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(b) the additional time requested is a reasonable period of delay;

(c) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(d) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

ORDER CONTINUING TRIAL DATE- 1

1	IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to
2	March 14, 2022, and that pretrial motions shall be filed no later than February 3, 2022.

4	DATED this 14th day of October, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL DATE - 2