HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>GUSTAVO SANDOVAL-AGURCIA,<br><br>        Defendant. | Cause No. CR 20-94 RSM<br><br>**ORDER ON MOTION TO CONTINUE TRIAL** |

THE COURT has considered Defendant's motion for a continuance of the trial and the pre-trial motions due date. Defense Counsel has indicated that he requires additional time to consult with the Defendant, prepare for pretrial motions and prepare for trial. Based upon Defense Counsel's representation, the Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure that Defense Counsel has sufficient time for case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

ORDER ON MOTION TO CONTINUE
TRIAL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

THE COURT further finds that the period of time from the current trial date of 03/14/2022, until two weeks beyond the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

IT IS THEREFORE ORDERED that the pre-trial motions due date is continued to August 25, 2022, and the trial date is continued to October 3, 2022.

DONE this 4th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER ON MOTION TO CONTINUE
TRIAL - 2

Gilbert H. Levy
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818