UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>(1) DELMER VELASQUEZ-LICONA,<br>(2) RODRIGO ALVAREZ-QUINONEZ,<br>(3) JORGE CRUZ-HERNANDEZ<br>(4) JUAN HERNANDEZ-HERNANDEZ,<br>(5) JOSE FERNANDO ESCOTO-FIALLOS,<br>(6) SAUL SUAREZ-MATA,<br>(7) JORGE ALBERTO RAMOS, and<br>(8) TARA SCOTT,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:20-cr-00093-RSM<br><br>ORDER ON STATUS REPORTS<br>BY THE COORDINATING<br>DISCOVERY ATTORNEY |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>(1) GUSTAVO SANDOVAL-AGURCIA,<br>(2) ELIAS NEFTALI MONTES-SEVILLA,<br>(3) JORGE URIEL ESQUIVEL-MENA,<br>(4) FRANCISCO JAVIER ESQUIVEL-MENA,<br>(5) BALDEMAR MARTINEZ-RICO and<br>(6) WILMER GALDINO-MARADIAGA,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:20-cr-00094-RSM |

On October 4, 2019, the Court appointed Russell M. Aoki of Aoki Law PLLC, as Coordinating Discovery Attorney (CDA) in the above-captioned matters. As part of those orders, the Court directed the CDA to provide monthly status reports:

> The Coordinating Discovery Attorney shall also provide this Court with monthly *ex*

ORDER ON STATUS REPORTS BY THE COORDINATING DISCOVERY ATTORNEY- 1

*parte* status reports depicting the status of work and whether that work remains within the budget of any funds authorized by the Court, with the copy provided to defense counsel.

The last remaining defendant is scheduled for sentencing. Discovery has been produced by the Government. There are no expenses for the CDA to monitor. Accordingly, the Court modifies its previous orders:

- The CDA is relieved of the duty of filing further monthly *ex parte* status reports.
- The CDA will file a status report if the Government produces additional discovery.

**SO ORDERED.**

DATED this 4th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON STATUS REPORTS BY THE COORDINATING DISCOVERY ATTORNEY - 2