The Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUSTAVO SANDOVAL-AGURCIA, <br><br> Defendant. | NO. CR20-094-RSM <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Currency"):

1. $600 of $1,306 in United States currency, seized from Defendant's residence on August 5, 2020.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On October 21, 2022, the Court entered a Preliminary Order of Forfeiture finding the Subject Currency forfeitable pursuant to 21 U.S.C. § 853(a), and forfeiting the Defendant's interest in it (Dkt. No. 252);

Final Order of Forfeiture - 1
*United States v. Sandoval-Agurcia,* CR20-094-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 258). As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States reviewed the underlying investigative material and identified no potential claimants to the Subject Currency;
- The time for filing third-party claims has expired, and none were filed; and,
- The Defendant was sentenced on October 28, 2022. (Dkt. No. 257)

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Currency exists in any party other than the United States;

2. The Subject Currency is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, Drug Enforcement Administration, and/or their representatives, are authorized to dispose of the Subject Currency as permitted by governing law.

IT IS SO ORDERED.

DATED this 16th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Sandoval-Agurcia,* CR20-094-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented By:

_s/ Jehiel I. Baer_
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Sandoval-Agurcia,* CR20-094-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970